# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**HELENA AGRI-ENTERPRISES, LLC**
**f/k/a HELENA CHEMICAL COMPANY**                                    **PLAINTIFF**

V.                                    3:20CV0145 JM

**BOBBY A. HUEY, et al,**                                    **DEFENDANTS**

## ORDER

Pursuant to the parties' motion (ECF No. 31), this case is administratively terminated. The Court will retain jurisdiction, pending performance of the Settlement Agreement. The parties are directed to report the status of the performance of the Agreement by July 15, 2021, if a motion has not been filed before that date. The Clerk is directed to remove this case from the trial docket. The motion to dismiss (ECF No. 28) is denied as moot.

IT IS SO ORDERED this 2nd day of December, 2020.

_____
James M. Moody Jr.
United States District Judge