IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HELENA AGRI-ENTERPRISES LLC**                                    **PLAINTIFF**

V.                              **3:20CV00145 JM**

**BOBBY A. HUEY, et al,**                                    **DEFENDANTS**

## ORDER OF DISMISSAL

The parties have notified the Court that this action has been settled. Accordingly, the Motion to Dismiss (ECF No. 34) is GRANTED.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

Dated this 22nd day of December 2020.

_____
James M. Moody Jr.
United States District Judge